**Sherry Hooper**
**Official Court Reporter** for
**County Court at Law No. 2**
100 West Mulberry
Kaufman, Texas 75142
972-932-4331 ext. 1155
Slhooper63@gmail.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/23/2015 11:04:36 AM
LISA MATZ
Clerk

DATE:         December 23, 2015

TO:           Lisa Matz
              Court of Appeals, Fifth District of Texas
              600 Commerce Street, Suite 200
              Dallas, Texas 75202-4653

Re:  05-15-01548-CV, Trial Court Cause No. 15C-0035-2, Jason Sanchez and All Other Occupants of 2000 Natchez Drive, Forney, Texas 75126 v. American Homes 4 Rent Eight, LLC

Dear Ms. Matz,

It has come to my attention today that the above numbered and styled case was filed on appeal December 22, 2015. Due to back-dating, my record was to be due November 21, 2015.

Therefore, I would request 30 days to produce the Reporter's Record.

Sincerely,

*Sherry Hooper*

Sherry Hooper
Official Court Reporter
County Court at Law No. 2